IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NARENDRA CHAND,

    Petitioner,

vs.                                                                                             Civil No. 06-444 RB/RHS

JOE ROMERO, Warden, et al.,

    Respondents.

### ORDER ADOPTING FINDINGS, GRANTING MOTION TO DISMISS, DENYING PETITION AND DISMISSING CIVIL PROCEEDING

THIS MATTER comes before the Court on Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody, filed May 26, 2006 **[Doc. No. 1]**, Respondents' Motion to Dismiss, filed July 3, 2006 **[Doc. No. 10]** and the proposed findings and recommended disposition of the United States Magistrate Judge, filed June 6, 2007 **[Doc. No. 33]**. The Court has reviewed the parties' submittals and relevant authorities, and has made a **de novo** review of those portions of the Magistrate Judge's proposed findings and recommended disposition objected to.

    **WHEREFORE,**

    **IT IS ORDERED** that the proposed findings of the United States Magistrate Judge **[Doc. No. 33]** are adopted by the Court.

    **IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss **[Doc. No. 10]** is **GRANTED**.

    **IT IS FURTHER ORDERED** that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody **[Doc. No. 1]** is **DENIED**.

**IT IS FINALLY ORDERED** that this civil proceeding is **DISMISSED** with prejudice and any pending motions are **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE